*McIntosh v. City of Wichita,* **14 CV 02402-DDC-TJJ**
Notice of Service of Plaintiff's Second Amended Rule 26(a)(1) Initial Disclosures

Mark T. Schoenhofer, S. Ct. No. 15781
1631 E. 1st Street
Wichita, Kansas 67214
316-262-5400
Fax: 316-262-1787
Email: mydefensefirst@yahoo.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **MARCUS MCINTOSH,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| | ) | |
| **CITY OF WICHITA, KANSAS,** | ) | |
| | ) | |
| **NORMAN WILLIAMS,** | ) | **Case No.: 14 CV 02402-DDC-TJJ** |
| **Police Chief of Wichita Police** | ) | |
| **Department, in his individual capacity** | ) | |
| **and official capacity,** | ) | |
| | ) | |
| **OFFICER BRIAN SAFRIS,** | ) | |
| **WPD Badge No. 1778, in his individual** | ) | |
| **capacity and his official capacity,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## NOTICE OF SERVICE OF PLAINTIFF'S
## SECOND AMENDED RULE 26(a)(1) DISCLOSURES

**COMES NOW,** the Plaintiff Marcus McIntosh, by and through his attorney of record,

Mark T. Schoenhofer, and notifies the Court that on this 20th day of December, 2014, he has

complied with Rule 26(a)(1) by serving Plaintiff's Second Amended Initial Disclosures upon

counsel for Defendants: Mr. J. Steven Pigg, email address, spigg@fisherpatterson.com; and to

*McIntosh v. City of Wichita,* **14 CV 02402-DDC-TJJ**
Notice of Service of Plaintiff's Second Amended Rule 26(a)(1) Initial Disclosures

Sharon Dickgrafe, email address, sdickgrafe@wichita.gov.


Respectfully Submitted,


/S/ Mark T. Schoenhofer
Mark T. Schoenhofer, SC# 15781
1631 E. 1ST Street
Wichita, Kansas 67214
(316) 262-5400
Attorney for Plaintiff


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he electronically filed the foregoing notice of service with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.


/S/ Mark T. Schoenhofer
Mark T. Schoenhofer, Kan. Bar. No. 15781