## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARCUS MCINTOSH,         ) | |
|                  ) | |
|         **Plaintiff**       ) | |
|     **v.**                ) | |
|                  ) | |
| CITY OF WICHITA, KANSAS,    ) | |
|                  ) | |
| NORMAN WILLIAMS,        ) | **Case No.: 14 CV 02402-DDC-TJJ** |
|   Police Chief of Wichita Police   ) | |
|   Dept., in his individual capacity,   ) | |
|                  ) | |
| OFFICER BRIAN SAFRIS,      ) | |
|   WPD Badge No. 1778, in his individual ) | |
|   capacity,               ) | |
|                  ) | |
|       **Defendants**      ) | |

## <u>NOTICE TO TAKE DEPOSITIONS</u>

**YOU ARE HEREBY NOTIFIED** that the depositions shown below will be taken on Tuesday, April 14, 2015 at Law Department, 13th Floor, 455 N. Main, Wichita, KS.:

- Officer Aaron Howard at 9:30 a.m.
- Norman Williams at 1:00 p.m.
- Corey Jennings to follow Norman Williams.

The witnesses will be produced by Mr. Pigg.   The taking of said deposition, if not completed on that day, will be continued from day to day at the same place and times until completed.   NOTE:   There may be changes in these depositions depending on the witnesses' availability and other considerations.

HUBBARD & KURTZ, L.L.P.

BY____/s   John Kurtz_____

/s    Mark T. Schoenhofer_____         JOHN   KURTZ      #18506
Mark T. Schoenhofer, SC# 15781          1718 Walnut
1631 E. 1st  Street                     Kansas City, Missouri 64108
Wichita, Kansas 67214                   (816) 467-1776
(316) 262-5400                          (816) 472-5464 (Fax)
(316) 262-1787 (Fax)                    jkurtz@mokanlaw.com
mydefensefirst@yahoo.com


ATTORNEYS  FOR  PLAINTIFF


The undersigned hereby certifies that on the 7th day of April, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the counsel listed below:

 Sharon  L. Dickgrafe  #14071
 Interim Director of Law and City Attorney
 City Hall-13th Floor
 455 North Main
 Wichita, KS 67202
 (316) 268-4681
 FAX:  (316) 268-4335
 E-mail:  sdickgrafe @ Wichita.gov
 *Attorney for City of Wichita*

 and

 J. Steven Pigg          #09213
 Fisher, Patterson, Sayler & Smith, LLP
 3550 S.W. 5th Street
 Topeka, KS 66601-0949
 Phone number:  (785) 232-7761
 Fax number: (785) 232-6604
 Attorney's E-mail address:  spigg@fisherpatterson.com
 *Attorney for Defendants City of Wichita, Norman Williams*
  *and Officer Brian Safris*


____/s   John Kurtz_____
John Kurtz
*Attorney for Plaintiff*


2